[No. 2704–3. Division Three. February 27, 1979.]

IRRIGATOR'S INC., *Appellant,* v. E. E. LUHDORFF
COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 25851, B. J. McLean, J., entered December 16,
1977. *Reversed* by unpublished opinion per McInturff, J.,
concurred in by Green, C.J., and Munson, J.

[No. 2777–3. Division Three. February 27, 1979.]

*In the Matter of the Marriage of* JOHN MELVILLE,
*Appellant, and* PATRICIA (MELVILLE)
PARKER, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 205205, William H. Williams, J.,
entered January 19, 1978. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 3111–2. Division Two. March 1, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EARLE A.
BARTON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 4993, D. J. Cunningham, J., entered October
11, 1977. *Affirmed* by unpublished opinion per Soule, J.,
concurred in by Pearson, C.J., and Petrie, J.

[No. 2920–2. Division Two. March 1, 1979.]

THE DEPARTMENT OF NATURAL RESOURCES, *Respondent,* v.
TRANSAMERICA INSURANCE COMPANY, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 41385, Frank L. Price, J., entered May
6, 1977. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, A.C.J., and Soule, J.